UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KATHY R. ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ATHUR L. ALLEN, *deceased*; MARY FLAGLER | ) | 5:24-CV-319-BO-RJ |
| ALLEN, ANTHONY A. KLISH, STATE | ) | |
| EMPLOYEES CREDIT UNION, CATHLEEN M. | ) | |
| PLAUT, STEVE R. ALLEN, DUANE JONES, | ) | |
| EDWARD MAGINNIS, THE NORTH | ) | |
| CAROLINA SUPREME COURT JUDGE PANEL, | ) | |
| JUDGE VALERIE ZACHARY,JUDGE JEFF | ) | |
| CARPENTER, JUDGE JULIEE FLOOD, THE | ) | |
| CAROLINA SUPREME COURT CLERK OF | ) | |
| THE COURT, GRANTE E. BUCKNER, | ) | |
| WILLIAM D. HARAZIN PLLC, JOHN L. | ) | |
| WRIGHT, HEDRICK GARDNER, | ) | |
| KINCHELOE & GAROFALO LLP, | ) | |
| and WILLIAM D. HARZIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This matter is before the Court on multiple motions to dismiss, motions for extensions of time in which to file responses or pleadings, a motion for default judgment, and a motion to submit the case to the pro bono panel. Further, the Court will *sua sponte* conduct frivolity review.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss filed by Judge Valerie Zachary, Judge Jeff Carpenter, Judge Julee Flood, and the North Carolina Supreme Court Clerk of Court Grant E. Buckner [DE 31] is GRANTED. The motion to dismiss filed by the State Employees Credit Union, Cathleen Plaut, William D. Harazin PLLC, Duane Jones, Hedrick Gardner Kincheloe & Garolfalo LLP, and John Wright [DE 29] is GRANTED. The motions to dismiss by Defendants Edward Maginnis and Maginnis Howard [DE 40] and by Anthony Klish [DE 60] are GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to submit the case to the pro bono panel [DE 25] is DENIED. Plaintiff's motion to compel [DE 26] is DENIED. Plaintiff's motion for an extension of time in which to serve Defendant Klish [DE 44] is DENIED AS MOOT.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the motions for an extension of time to answer filed by Defendants Maginnis Howard PLLC [DE 23] and Anthony Klish [DE 47] are GRANTED. Plaintiff's motions for an extension of time in which to file responsive pleadings [DE 3 7, 38, 42, 48, 54, 50, 51, 52, 56, 58, 59, 61, and 63] are DENIED. Plaintiff's motions to exceed the word count [DE 73, 75, and 78] are DENIED AS MOOT.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for the entry of default judgment against Defendants Mary Flager Allen and Steve R. Allen [DE 28] is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims against Defendants State Employees Credit Union, Cathleen M. Plaut, Duane Jones, Edward Maginnis, Judge Valerie Zachary, Judge Jeff Carpenter, Judge Julee Flood, Clerk Grant E. Buckner, William D. Harazin PLLC, John Wright, Hedrick Gardner, Kincheloe & Garofalo LLP, and William D. Harazin are DISMISSED WITH PREJUDICE. Having conducted a sua sponte frivolity review in accordance with the provisions of 28 U.S.C. § 1915, the Court determines that Plaintiff's complaint is meritless and does not state a claim upon which relief may be granted, and that granting leave to amend would be futile. Accordingly, the Court DISMISSES this action in its entirety.

This case is closed.

**This judgment filed and entered on March 31, 2025, and served on:**
Patricia Shields (via CM/ECF NEF)
Elizabeth O'Brien (via CM/ECF NEF)
Edward Maginnis (via CM/ECF NEF)
Joshua Neighbors (via CM/ECF NEF)
Anthony Klish (via CM/ECF NEF)
Chris Carreiro (via CM/ECF NEF)
Kathy R. Allen (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

March 31, 2025

/s/ Lindsay Stouch
By: Deputy Clerk